UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TARVER,

    Petitioner,

  v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C05-5237FDB

ORDER DENYING COUNSEL

      This 28 U.S.C. § 2254 petition for habeas corpus relief has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 (b) and local Rules MJR 3 and 4.  The petitioner has filed a motion for appointment of counsel. (Dkt. # 18 and 19). Respondent opposes the motion. (Dkt. # 22).  The Court, having reviewed the record, hereby finds and ORDERS:

      (1)    There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. See Terravona v. Kincheloe, 852 F.2d 424, 429 (9th Cir. 1988); Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.  An evidentiary hearing has not been granted in this case. Further, the claims in the

ORDER- 1

petition are adequately set forth and articulated.  Petitioner's motion for appointment of counsel (Dkt. # 18) is therefore **DENIED**.

      (2)    The clerk is directed to send a copy of this Order to petitioner and counsel for respondent..

DATED this 19th day of October, 2005.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER- 2