UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TARVER,

    Plaintiff,

  v.

MAGGIE MILLER-STOUT,

    Defendant.

Case No. C05-5237FDB

ORDER

Plaintiff moves for leave to appeal *in forma pauperis*. He submits the second page of a financial affidavit, but makes no further showing. On June 29, 2005, Tarver was denied leave to proceed IFP because the amount of money in his prison trust account made it reasonable to require him to pay the filing fee. NOW, THEREFORE,

IT IS ORDERED: Plaintiff Tarver shall submit by **no later than April 7, 2006** documentation of the amount presently in his prison trust account, and upon receipt of this information, the Court will rule on the motion to proceed *in forma pauperis*.

DATED this 20th day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1