UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID TARVER,

    Plaintiff,

  v.

MAGGIE MILLER-STOUT,

    Defendant.

Case No. C05-5237FDB

ORDER

    Plaintiff moved to proceed on appeal *in forma pauperis*, this Court ordered that he demonstrate the amount of money in his prison trust account, since he was denied IFP status earlier in this case. The Court of appeals has ordered Plaintiff to either pay the $255.00 appeal fee to the District Court, move the Court of Appeals to proceed IFP, or show cause why his appeal should not be dismissed. Plaintiff has failed to respond to this Court's order, and his motion [Dkt. # 41] is, therefore, DENIED. SO ORDERED.

    DATED this 12th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1